■ In the Matter of THOMAS J. VALENTINE, Appellant, v. ALBERT H. LANGFORD and BOARD OF ELECTIONS OF WESTCHESTER COUNTY, Respondents.— In a proceeding to invalidate petitions designating respondent Langford as a candidate in the Republican Party Primary Election to be held on June 17, 1969 for the Party position of member of the Westchester Republican County Committee from the 12th Election District of the 2d Ward of the City of New Rochelle, the appeal is from an order of the Supreme Court, Westchester County, entered June 10, 1969, which dismissed the petition in the proceeding. Order affirmed, without costs. No opinion. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

## (June 16, 1969)

■ In the Matter of THOMAS F. GORDON, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Motion by petitioner further to amend the decision and order of this court, both dated July 1, 1968, which were heretofore amended by order dated August 21, 1968, so as to provide for a new effective date for the commencement of the one-year period of respondent's suspension from the practice of law. Cross motion by respondent for reconsideration of the punishment imposed and to reduce the punishment to a censure or, in the alternative, to fix November 1, 1969 as the effective date for the commencement of the period of suspension. The order dated July 1, 1968 fixed the date for the commencement of the suspension as July 20, 1968. Since then, successive stays were granted, the last of which has terminated. Petitioner's motion granted. The effective date of respondent's suspension is herewith changed to September 1, 1969. Cross motion denied. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Kleinfeld, JJ., concur.